UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. GAGLIOTI, CRIM. NO. 12-601 (SDW)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          (   ) Ad Testificandum

1. Amedeo A. Gaglioti, USM # 64125-050 (hereinafter the "Detainee") is now confined at the Union County Jail

2. The Detainee is

   charged in this District by Information, Crim. No. 12-601 (SDW), with violations of wire fraud and money laundering, in violation of Title 18, United States Code, Sections 1343 and 1957.

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the Martin Luther King, Jr., Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, before the Hon. Susan D. Wigenton, U.S. District Judge, on June 4, 2015, at 10:30 a.m. for his sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:  May 20, 2015

_____
Andrew D. Kogan
Assistant U.S. Attorney
Petitioner

### ORDER

Let the Writ Issue.

DATED:  May 20, 2015

_____
Hon. Susan D. Wigenton, U.S.D.J

## **WRIT OF HABEAS CORPUS**

The United States of America to Warden of the Union County Jail:

WE COMMAND YOU that you have the body of

AMEDEO A. GAGLIOTI, USM # 64125-050,

now confined at the Union County Jail, brought before the United States District Court, the Hon. Susan D. Wigenton, United States District Judge, in the Martin Luther King, Jr., Federal Building and Courthouse at Newark, New Jersey on June 4, 2015, at 10:30 a.m., in civilian clothes, so that the Detainee may be sentenced in the matter pending before him.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

       WITNESS the Honorable Susan D. Wigenton
       United States District Judge
       Newark, New Jersey.

DATED: May 20, 2015

       WILLIAM T. WALSH
       Clerk of the U.S. District Court
       for the District of New Jersey

       Per: _[signature]_
           Deputy Clerk